152 P.3d 543

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 22, 2007**

| | | |
|---|---|---|
| 26595 | State v. Machado | Affirmed |

**February 23, 2007**

| | | |
|---|---|---|
| 26570 | Diplomat Tours and Travel, Inc. v. Lazo | Affirmed |
| 26566 | Diplomat Tours and Travel, Inc. v. Sanga | Affirmed |
| 27080 | State v. Basuel | Vacated in Part, Remanded in Part; Affirmed |
| 27339 | State v. Campbell | Affirmed |
| 26696 | State v. Grindling | Affirmed |